# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL SCOTT CROASMUN, ) | |
| ) | |
| Petitioner, ) | Civil Action No. 17-104 |
| ) | |
| v. ) | Judge Cathy Bissoon |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| COMMONWEALTH OF ) | |
| PENNSYLVANIA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM ORDER

This case was referred to United States Magistrate Judge Lisa Pupo Lenihan for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On July 21, 2017, the Magistrate Judge issued a Report (Doc. 19) recommending that the petition for a writ of habeas corpus be dismissed as untimely, that the certificate of appealability be denied, and that the Motion to Compel Return of Complete Legal File and for Appointment of Counsel be denied as moot. Service of the Report and Recommendation was made, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

The Petition of Michael Scott Croasmun for a writ of habeas corpus (**Doc. 1**) is **DISMISSED** and a certificate of appealability is **DENIED**. It is further ordered that the Motion to Compel Return of Complete Legal File and for Appointment of Counsel is denied as moot.

The Report and Recommendation of the Magistrate Judge, dated July 21, 2017, hereby is adopted as the Opinion of the District Court.

    IT IS SO ORDERED.

October 13, 2017                                              s/Cathy Bissoon
                                                                Cathy Bissoon
                                                                United States District Judge

cc (via ECF email notification):

All counsel of record

cc (via First-Class U.S. Mail):

MICHAEL SCOTT CROASMUN
LB1720
SCI Albion
Unit AB
10745 Route 18
Albion, PA 16475-0002